## COLLINS v. AMERICAN SPIRIT MFG. CO.

(Circuit Court, N. D. Illinois, S. D.   May 18, 1899.)

**1. CORPORATIONS—SERVICE OF PROCESS ON—ILLINOIS STATUTE.**

Under the statutes of Illinois, a sheriff's return of service on a corporation defendant by reading and delivering a copy of the summons to its auditor, without showing that the president could not be found in the county, is insufficient.

**2. REMOVAL OF CAUSES—PROCEEDINGS AFTER REMOVAL—MOTION TO QUASH RETURN.**

An objection to the sufficiency of the return of service on a defendant may be made after the cause has been removed to a federal court.

On Motion to Quash Return.

Brennen & Brennen and Foster & Carlock, for plaintiff.

Moran, Kraus & Mayer and Stevens, Horton & Abbott, for defendant.

KOHLSAAT, District Judge.   This is a motion by defendant to quash the sheriff's return on the summons herein.   The cause was originally in the state court, and has been removed to this court by defendant under the statute.   The return shows service on defendant by reading the summons to, and leaving a true copy thereof with, one Wilkinson, auditor of defendant company.   The return does not state that the president of the company cannot be found in said county, and therefore the return is insufficient.   Chicago Planing-Mill Co. v. Merchants' Nat. Bank, 86 Ill. 587.   It is not too late to make the objection after removal to this court.   Railway v. Brow, 164 U. S. 271, 17 Sup. Ct. 126.   The motion to quash is allowed.